AO 92
(Rev. 6/83)

COMMITMENT

# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JAVIS REYES | DISTRICT<br>New Jersey |
| | DOCKET NO. |
| | MAGISTRATE CASE NO.<br><br>11-78(AET) |

The above named defendant was arrested upon the complaint of

charging a violation of  18 USC § 922

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

DESCRIPTION OF CHARGES:

FELON IN POSSESSION OF A FIREARM

BOND IS FIXED AT
$  Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

7/5/2012
Date

United States Judge or Magistrate

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |